IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-234-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JERRY ANDRE MELTON, | ) | |
| | ) | |
| Defendant. | ) | |

On August 26, 2021, Jerry Andre Melton ("Melton" or "defendant") requested a furlough to attend his sister's funeral. See [D.E. 152]. In the draft order attached to his request, Melton asked the court to order the United States Marshal Service to transport Melton from his place of pre-trial confinement to Wilson, North Carolina on August 28, 2021, to attend his sister's funeral and to then return Melton to his place of pre-trial confinement. See id. [D.E. 152-2]. The United States opposes the motion. See [D.E. 152] 2.

The court has reviewed the entire record, including defendant's offenses of conviction, criminal history, and draft Presentence Investigation Report ("PSR"). See [D.E. 130]. Notably, the draft PSR does not state that defendant has a sister. See id. at ¶¶ 57–60. The court also has considered the cost and burden on the U.S. Marshal. Defendant's motion [D.E. 152] is DENIED.

SO ORDERED. This 27 day of August, 2021.

JAMES C. DEVER III
United States District Judge